# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| BENJAMIN C. SMITH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LOWE'S STORE'S, INC., a North Carolina corporation,<br><br>　　　　　Defendant. | No. CV-21-42-H-SEH<br><br>**ORDER** |

On July 15, 2021, the Court ordered Plaintiff to file a second amended complaint on or before July 23, 2021.[1] None was filed as ordered or at all.

ORDERED:

1.　This case is DISMISSED for failure to comply with the Court's Order of July 15, 2021.[2]

---

[1] Doc. 7.

[2] Doc. 7.

2. Plaintiff's Motion to Direct Service of the Amended Complaint[3] is DENIED as MOOT.

DATED this 28th day of July, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Doc. 6.